**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00800-CV

**DISH NETWORK CORPORATION, ET AL., Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03370-2012**

## ORDER

We **GRANT** appellants' October 7, 2015 unopposed second motion for an extension of time to file a brief. Appellants shall file a brief by **NOVEMBER 16, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE